IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DAVID R. PETE, | § § § | |
| *Plaintiff*, | § § | NO. 1:25-CV-00518-MJT-ZJH |
| v. | § § | JUDGE MICHAEL TRUNCALE |
| ANGEION GROUP, LLC, DOES 1-10, | § § § | |
| *Defendants*. | § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 20, 2025, the Court referred this case to United States Magistrate Judge Zack Hawthorn for pre-trial management. On January 5, 2026, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 3], which recommended dismissing this case for lack of jurisdiction to grant the relief Pete seeks.

The court reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 3] along with the record, pleadings, and all available evidence. The court affirms Judge Hawthorn's findings of fact and conclusions of law are correct. Pete did not file objections to the *Report and Recommendation* [Dkt. 3], and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 3] dismissing this case without prejudice for lack of jurisdiction is ADOPTED. The court will separately enter Final Judgment.

**SIGNED this 27th day of January, 2026.**

_____
Michael J. Truncale
United States District Judge